|  |  |
|---|---|
| 1 | SUE CAMPBELL |
|  | Attorney at Law, State Bar Number 98728 |
| 2 | 1155 North First Street, Suite 101 |
|  | San Jose, California 95112 |
| 3 | Phone: (408) 277-0648 |
|  | Fax:    (408) 938-1035 |
| 4 |  |
|  | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, | ) ) ) ) ) ) ) ) ) ) | CASE NO.: C09-00031 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:  May 5, 2009<br>Time: 1:30 P.M.<br>Place: Courtroom 2, 5th Floor |
|---|---|---|
| Plaintiffs, | ) |  |
| vs. |  |  |
| NORCAL POWER AND LIGHTING INC., A California Corporation, |  |  |
| Defendants. |  |  |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case has settled with a payment schedule.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until December 1, 2009. The case has settled with a payment schedule and the payments will be completed by November 15, 2009. Therefore, Plaintiffs request that the case be continued until December 1, 2009, for another Case Management Conference.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1
2
3 Dated: April 28, 2009

Respectfully submitted,

*[signature]*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to December 1, 2009, at 1:30 P.M., in Courtroom 2, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 5/5/09

*[signature]*
Magistrate JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER